UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TONY L. EVANS, | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 3:05-0368 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| PROSPECT AIRPORT | ) | |
| SERVICES, INC. | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 32) filed by the defendant is **GRANTED** and the Motion to Strike (Docket No. 44) filed by the plaintiff is **DENIED**. This case is **DISMISSED**.

It is so ordered.

Enter this 13th day of February 2007.

_____
ALETA A. TRAUGER
United States District Judge